# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

Date: 9/25/13

In re:   Case No.:   13–12583 NVA      Chapter:   13

Joseph Daniel McGinley
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 43 – Disclosure of Compensation of Attorney for Debtor Filed by John Douglas Burns. (Burns, John)

PROBLEM: Case was dismissed by motion of debtor. Debtor has an existing attorney that hasn't filed a motion to withdraw. Notice of appearance was not filed indicating that you are not lead attorney or co–counsel. Pleading also has listed that this case is a chapter 12 which is an incorrect chapter

CURE: The appropriate motions and or notices need to be filed.

CONSEQUENCE: Failure to cure the problem(s) by the date below may result in the pleading being stricken or other action the Court deems appropriate without further notice.

**All deficiencies must be cured by 10/9/13.**

**Additional information for non–attorney filers is available at
http://www.mdb.uscourts.gov/content/after–filing**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Carol Sofinowski  410–962–4277

cc:   Debtor(s)
      Attorney for Debtor(s) – Robert Grossbart
      John D. Burns

Form defntc (01/06)