

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:   13–12583 – NVA   Chapter:   13

Joseph Daniel McGinley
1426 South Charles Street
Baltimore, MD 21230

## ORDER CONVERTING CHAPTER 13 CASE
## TO A CASE UNDER CHAPTER 7
## ON DEBTOR(S)' REQUEST

Upon the consideration of the motion/application of the Debtor(s) requesting conversion of this Chapter 13 case to a case under Chapter 7 pursuant to 11 U.S.C. § 1307(a), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this Chapter 13 case is converted to a case under Chapter 7 of the Bankruptcy Code; and

NOTICE is given to Debtor(s) to comply with the requirements of Federal Bankruptcy Rule 1019.

cc:   Debtor(s)
      Attorney for Debtor(s) – Robert Grossbart
      Chapter 13 Trustee – Nancy Spencer Grigsby

**End of Order**

13.6 – *csofinowski*