IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:                                *

JOSEPH MCGINLEY                       *
                                      *    Case No. 13-12583
                                      *    Chapter 7
                                      *
Debtor                                *

### DEBTOR'S CORRECTED STATEMENT OF INTENT

JOSEPH MCGINLEY   (the Debtor(s)), by and through his undersigned counsel John D. Burns, Esquire and The Burns LawFirm, LLC, hereby file this Amended Statement of Intent  with NO NEW CREDITORS and  hereby certify electronic notice has been served on the Trustee and all parties of interest.

                                      Respectfully Submitted,


                                      /s/ John D. Burns_____
                                      John D. Burns, Esquire (#22777)
                                      The Burns LawFirm, LLC
                                      6303 Ivy Lane; Suite 102
                                      Greenbelt, MD 20770
                                      (301) 441-8780

                                      Counsel for Debtor(s)


I SWEAR UNDER THE PENALTY OF PERJURY
THAT THE ATTACHED DOCUMENTS                    November 7, 2013
ARE TRUE AND CORRECT.                          Date

*/s/ Joseph McGinley*
    Debtor

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**District of Maryland**

IN RE:                                                                                           Case No. **13-123583**
**McGinley, Joseph Daniel**                                                      Chapter **7**
                                    Debtor(s)

## CORRECTED CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> One West Bank | **Describe Property Securing Debt:** <br> 1426 South Charles Street, Baltimore, MD 21230 |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes   ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes   ☐ No |

____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:   **November 7, 2013**          */s/ Joseph Daniel McGinley*_____
                                                              Signature of Debtor

                                                              _____
                                                              Signature of Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only